**JUDGE PRESKA**

BLANK ROME, LLP
Attorneys for Plaintiff
TRANS POWER CO. LTD.
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

**08 CV 5381**


RECEIVED JUN 12 2008 U.S.D.C. S.D. N.Y. CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRANS POWER CO. LTD.,

       Plaintiff,

-against-

J & F LIMITED,

       Defendant.

08 Civ. 5381

**RULE 7.1 STATEMENT**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff TRANS POWER CO. LTD. certifies that, according to information provided to counsel by its clients, TRANS POWER CO. LTD. is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:    New York, New York
             June 12, 2008

                              BLANK ROME, LLP
                              Attorneys for Plaintiff
                              TRANS POWER CO. LTD.

                              By *[signature]*
                              Jack A. Greenbaum (JG 0039)
                              The Chrysler Building
                              405 Lexington Ave.
                              New York, NY 10174-0208
                              (212) 885-5000
                              jgreenbaum@blankrome.com