UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

TRANS POWER CO. LTD.

Plaintiff,

-v-

J+F LIMITED

Defendant.

-------------------------------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08 CV 5381 (LAP)(AJP)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☑ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____
_____
_____

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

___ Habeas Corpus
___ Social Security
___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

All such motions: _____

___ Settlement*

_ Inquest After Default/Damages Hearing

* Do not check if already referred for general pretrial.
Dated  JUNE 18, 2008

SO ORDERED:

*Loretta A. Preska*

United States District Judge