373-08/MEU/ LJK
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Attorneys for Defendant
J&F Limited
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/08

Michael E. Unger (MU 0045)
Lawrence J. Kahn (LK 5215)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
TRANS POWER CO. LTD.,

                Plaintiff,

    -against-

J&F LIMITED,

                Defendant.
-------------------------------------------------------x

08 CV 5381 (LAP)

**ORDER TO SHOW CAUSE**

      WHEREAS, Plaintiff TRANS POWER CO., LTD. ("TRANS POWER") filed this action to seek security pursuant to Rule B against the Defendant J&F LIMITED ("J&F") alleging a claim for overpaid charter hire; and

      WHEREAS, TRANS POWER has obtained an order of attachment under Rule B and has obtained security as requested; and

      WHEREAS, J&F has moved this Court to vacate or reduce the attachment on the basis that TRANS POWER is already fully secured for its claim through actions taken in Hong Kong and that its cause of action here is frivolous, and has moved this Court for damages and/or other relief, including damages for wrongful attachment; and

      WHEREAS, no prior request for this or any similar relief has been sought in this action,

NYDOCS1/310950.1                        1

NOW, UPON THE MOTION pursuant to Supplemental Admiralty Rule E and Local Admiralty Rule E.1 (which defines the term "prompt hearing" set forth in Rule E to mean "within three court days") of J&F, the supporting Cheung Declaration with exhibit, Kahn Affirmation, and supporting Memorandum of Law, and all the pleadings and proceedings had herein,

LET PLAINTIFF TRANS POWER SHOW CAUSE before the Honorable Loretta A. Preska, United States District Judge, at 500 Pearl Street, Courtroom 12A, New York, New York, on the 26th day of August, 2008, at 10:00 o'clock, or as soon thereafter as counsel can be heard, why an order vacating or reducing the attachment and compelling TRANS POWER to release J&F's funds should not be granted and granting J&F interest, costs and attorneys fees incurred in connection with this matter; and

LET service of a copy of this Order and all supporting papers, if served upon TRANS POWER's counsel in this action by hand or by courier to its offices at 405 Lexington Avenue, New York, New York 10174, and/or by email to jgreenbaum@blankrome.com on or before five o'clock p.m. on August 20, 2008 be deemed good and sufficient service; and

IT IS FURTHER ORDERED that answering papers, if any, including but not limited to Affidavit(s), Affirmation(s), Declaration(s), Exhibits and/or Memoranda of Law shall be filed and served so as to be received by counsel for J&F (Freehill Hogan & Mahar, LLP) at their offices as set forth above by hand, by courier and/or by email to unger@freehill.com and kahn@freehill.com, on or before five o'clock on the 22nd day of August, 2008, and reply papers, if any, including but not limited to Affidavit(s), Affirmation(s), Declaration(s), Exhibits and/or Memoranda of Law shall be filed and

*Two courtesy copies of opposition and reply papers shall be delivered to Chambers at the same time as service.*

served so as to be received by counsel for TRANS POWER as aforesaid at or before ~~five~~ three o'clock on the 25th day of August, 2008. A hearing will be held on the application at the aforementioned courtroom at 10:00 o'clock on August 26, 2008.

Dated: New York, New York
August 20, 2008

_____
The Hon. Loretta A. Preska, U.S.D.J.

TO: Blank Rome
*Attorneys for Plaintiff*
405 Lexington Avenue
New York, NY 10174
    Attn: Jack Greenbaum, Esq.