

**BLANK ROME LLP**
COUNSELORS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #: _____
DATE FILED: ____

Phone:  (212) 885-5148
Fax:    (917) 332-3836
Email:  llambert@BlankRome.com

August 21, 2008

**VIA FACSIMILE (212-805-7941)**
The Honorable Loretta A. Preska, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl St., Room 1320
New York, NY 10007

      Re:    Trans Power Co. Ltd. v. J & F Limited
              Docket No: S.D.N.Y. No. 08 Civ. 5381 (LAP)
              Our File No. 601518-00601

Dear Judge Preska:

    We represent Plaintiff, Trans Power Co. Ltd. ("Plaintiff"). The attorney of record for Plaintiff is my partner, Jack Greenbaum. Mr. Greenbaum received yesterday at 4:00 p.m. by email image the Order to Show Cause procured by Defendant scheduling a hearing at 10:00 a.m. on August 26, 2008, on Defendant's motion to vacate or reduce the attachment in this matter. The Order directs Plaintiff to submit any papers in opposition to the motion by 5:00 p.m. on Friday, August 22, 2008, and directs Defendant to submit any reply papers by 3 p.m. on Monday, August 25, 2008.

    ① We respectfully request that the times and dates in the existing schedule be adjourned as follows: Plaintiff to submit its opposition by 5:00 p.m. on Monday, August 25, Defendants to submit any reply papers by 3:00 p.m. August 27, and the hearing to be adjourned to August 28 or as soon thereafter as is convenient to the Court.

    We requested Defendant's counsel to agree to the above changes. Defendant's counsel believes in these circumstances that he must obtain his client's authority. His client is in Asia, and he does not expect to hear until tomorrow.

    Accordingly, we respectfully ask that the Court "so order" the changes requested above. Mr. Greenbaum is out of the office this week. The undersigned is taking his daughter to college tomorrow, Friday. We forwarded the papers received yesterday to our client, who is also in

② *The hearing is adjourned to September 2 at 10:00 a*

The Chrysler Building  405 Lexington Avenue  New York, NY 10174-0208
www.BlankRome.com

128435.00601/6582040v.1

*August 25, 2008*

Delaware • Florida • New Jersey • New York • Ohio • Pennsylvania • Washington • Hong Kong

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE



Honorable Loretta A. Preska
August 21, 2008
Page 2

Asia, and will have to deal with this time difference in developing opposition papers. Neither Mr. Greenbaum nor I are available on August 26 to attend a hearing that date due to personal commitments.

Local Rule E.1 provides that the prompt hearing required by Supplemental Rule E(4)(f) "shall be conducted by a judicial officer within three court days, <u>unless otherwise ordered</u>" (emphasis added). The first attachment of funds occurred on or about July 2, 2008, and we notified Defendant on July 7. Defendant waited until August 20 to seek relief. Defendant will not be prejudiced by the brief further adjournment requested here, and we respectfully request that the court "so order" the modified schedule above.

We thank the Court in advance for its attention and action upon this request.

Respectfully submitted,

LeRoy Lambert

LRL/cn

cc:  <u>By Fax 212-425-1901</u>
     Freehill Hogan & Maher, LLP
     Attorneys for Defendant
     Attn: Michael E. Unger
           Lawrence Kahn

128435.00601/6582040v.1