LAW OFFICES OF
## FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.△
THOMAS M. RUSSO
THOMAS M. CANEVARI*
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*
WILLIAM J. PALLAS*
GINA M. VENEZIA△
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*◊
DANIEL J. FITZGERALD*△
MICHAEL C. ELLIOTT
JAN P. GISHOLT*

* ALSO ADMITTED IN NEW JERSEY
" ALSO ADMITTED IN CONNECTICUT
△ ALSO ADMITTED IN WASHINGTON, D.C.
◊ ALSO ADMITTED IN LOUISIANA

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE (203) 921-1913
FACSIMILE (203) 358-8377

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/08**

August 26, 2008

OUR REF: 373-08/LJK

By Facsimile: (212) 805-7941
The Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

Re:   Trans Power Co. Ltd. v. J&F Limited
      08 CIV 5381 (LAP)

Dear Judge Preska:

We represent Defendant J&F Limited and write to request a slight adjournment to the current motion schedule.

J&F requests that it be permitted to serve its reply papers by 2:30 on Friday August 29, 2008 instead of 3:00 on Wednesday August 27, an extension of a little under 48 hours. Counsel for Plaintiff Trans Power, reading in copy, consents to this extension, which is the first request for an adjournment made by Defendant. We note the Rule E(4)(f) hearing is scheduled for 10:00 a.m. on Tuesday September 2 and the parties are not requesting any change to the time or date of the hearing.

We thank the Court for its consideration of this request.

**SO ORDERED**
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
August 28, 2008

Respectfully submitted,

FREEHILL HOGAN & MAHAR LLP

Lawrence J. Kahn

NYDOCS1/311398.1