```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X
TRANS POWER CO. LTD.,            :    08 Civ. 5381 (LAP)
                                 :
                Plaintiff,       :    ORDER
                                 :
        v.                       :
                                 :
J&F LIMITED,                     :
                                 :
                Defendant.       :
                                 :
- - - - - - - - - - - - - - - - -X

LORETTA A. PRESKA, U.S.D.J.

   For the reasons stated on the record today, the motion to vacate the attachment is GRANTED, and the motion to stay release of funds subject to that attachment is DENIED. Counsel shall inform the Court of the status of this action by joint letter no later than 30 days after the issuance of this Order.

SO ORDERED

DATED:   New York, New York
         September 2, 2008

                              _____
                              LORETTA A. PRESKA, U.S.D.J.